UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Lyle Elizabeth Webster      Case No. 12-32774
                                    Chapter 13
        Debtor.

## MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF MOTION

COMES NOW, the Debtor, LYLE ELIZABETH WEBSTER, and moves this Court for the entry of an Order substituting Graham T. Jennings, Jr., Esquire, an attorney admitted to the bar of this Court, in the place and stead of Linda D. Jennings presently the Attorney of Record for the Debtor.

FURTHERMORE, the Debtor prays that the Court will allow Linda D. Jennings to withdraw as counsel in this case.

By:

_____
Lyle Elizabeth Webster

_____
Linda D. Jennings, Esquire
American Law Group
2312 Boulevard
Colonial Heights, VA 23834
804-332-8529
804-308-0053 (fax)

_____
Graham T. Jennings, Esquire
Graham T. Jennings, Jr. (#18542)
Graham T. Jennings, Jr., P.C.
3810 Old Courthouse Tavern Lane
PO Box 426
Powhatan, Virginia 23139
804-598-7912
804-591-0323 (fax)

## LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing was endorsed by and/or served upon all necessary parties pursuant to local rule, 9022-1(C).

_____
Graham T. Jennings, Jr., Esquire
Graham T. Jennings, Jr. (#18542)
Graham T. Jennings, Jr., P.C.
3810 Old Courthouse Tavern Lane
PO Box 426
Powhatan, Virginia 23139
804-598-7912
804-591-0323 (fax)

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

In re: Lyle Elizabeth Webster                    Case No. 12-32774
                                                 Chapter 13
        Debtor.

### Notice of Motion

Lyle Elizabeth Webster has filed papers with the Court to Substitute Counsel of Record of her Chapter 13 Bankruptcy.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion to substitute counsel, or if you want the Court to consider your views on this motion, then on or before November 22, 2013, you or your attorney must: File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(C) and 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E Broad St., Suite 4000
Richmond, Virginia 23219

You must also mail copies to:

Graham T. Jennings, Jr.                 Linda D. Jennings
Graham T. Jennings, Jr., P.C.           American Law Group
P.O. Box 426                            2312 Boulevard
Powhatan, Virginia 23139                Colonial Heights, VA 23834

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request sought in the motion and may enter an order authorizing the substitution of counsel.

Date:   11/8/2013                       /s/Graham T. Jennings, Jr.
                                        Graham T. Jennings, Jr. (18542)
                                        3810 Old Courthouse Tavern Lane
                                        PO Box 426
                                        Powhatan, Virginia 23139
                                        Counsel for Debtor

## Certificate of Service

I hereby certify that I have this day, November 8, 2013, mailed a true copy of the foregoing Motion to Substitute Counsel and Notice of Motion to the parties listed on the attached service list.

/s/Graham T. Jennings, Jr.
Graham T. Jennings, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>422-3<br>Case 12-32774-KLP<br>Eastern District of Virginia<br>Richmond<br>Thu Oct 24 15:06:06 EDT 2013 | Capital Recovery III LLC c/o Recovery Manage<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Midland Funding LLC by American InfoSource<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 |
| PRA Receivables Management, Llc As Agent Of<br>POB 41067<br>Norfolk, Va 23541-1067 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Box 30285<br>Salt Lake City, UT 84130-0285 | Cardiovascular Group<br>900 West 3rd Street<br>Farmville, VA 23901-1131 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Ginny's<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Home Baking<br>PO Box 26596<br>Lehigh Valley, PA 18002-6596 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Box 5213<br>Carol Stream, IL 60197-5213 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 23356<br>Pittsburg, PA 15222-6356 | Metabnk/fhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 | Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 |
| K HARBOR CAPITAL VI, LLC<br>WEINSTEIN AND RILEY, PS<br>11 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Plain Green Loans<br>93 Mack Rd Suite 600<br>P O Box 255<br>Box Elder, MT 59521-0255 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Regional Acceptance Co<br>10051 Midlothian Tpke<br>North Chesterfield, VA 23235-4815 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Schewel Furn<br>N Main St<br>Blackstone, VA 23824-1423 | Schewel Furniture Company, Inc.<br>Attn: Rachel Cremeans<br>PO Box 6120<br>Lynchburg, VA 24505-6120 | Swiss Colony<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Debt Law Group, PLLC<br>Highland Ave<br>Colonial Heights, VA 23834-3139 | The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Verizon<br>P O Box 25505<br>Lehigh Valley, PA 18002-5505 |

```
erizon Wireless              Carl M. Bates                 Linda D. Jennings
0 BOX 3397                   P. O. Box 1819                America Law Group, Inc.
loomington, IL 61702-3397    Richmond, VA 23218-1819       d/b/a The Debt Law Group
                                                           2312 Boulevard
                                                           Colonial Heights, VA 23834-2316


le Elizabeth Webster         End of Label Matrix
443 Westcreek Rd             Mailable recipients    33
rewe, VA 23930-2713          Bypassed recipients     0
                             Total                  33
```