UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Lyle Elizabeth Webster                    Case No.  12-32774
                                                                Chapter 13
                    Debtor.

## ORDER SUBSTITUTING COUNSEL

ON THIS DAY came Lyle Elizabeth Webster, Debtor, by Counsel, on her Motion for the substitution of Graham T. Jennings, Jr., Esquire, as legal counsel for the Debtor in the place and stead of Linda D. Jennings, Esquire.

It appearing to the Court that good cause exists for the entry of this Order, it is hereby

**ADJUDGED, OREDERED** and **DECREED** that Linda D. Jennings, Esquire, is hereby authorized by this Court to withdraw as legal counsel for the Debtor in this case, and that Graham T. Jennings, Jr., Esquire, be substituted as Counsel of record.

Date:    /  /  Dec 16 2013                        /s/ Keith L. Phillips
                                                   _____
                                                         U.S. Bankruptcy Judge

Entered on Docket:    /  /  Dec 16 2013

WE ASK FOR THIS:

   /s/Graham T. Jennings, Jr.                         /s/Lyle Elizabeth Webster_____
Graham T. Jennings, Jr., Esq.  (VSB 18542)         Lyle Elizabeth Webster
Graham T. Jennings, Jr., P.C.
3810 Old Courthouse Tavern Lane
PO Box 426
Powhatan, Virginia 23139
804-598-7912
804-591-0323 (fax)

                                                   SEEN AND NO OBJECTION:

   /s/Linda D. Jennings_____                    /s/Carl M. Bates_____
Linda D. Jennings, Esq.                            Carl M. Bates, Trustee
American Law Group                                 919 E. Main Street, Suite 1601
2312 Boulevard                                     Richmond, VA  23218
Colonial Heights, VA 23834                         (804) 237-6800
804-332-8529                                       (804) 237-6801 (fax)
804-308-0053 (fax)

## LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing was endorsed by and/or served upon all necessary parties pursuant to local rule, 9022-1(C).


  /s/Graham T. Jennings, Jr.____
Graham T. Jennings, Jr., Esquire
Graham T. Jennings, Jr. (#18542)
Graham T. Jennings, Jr., P.C.
3810 Old Courthouse Tavern Lane
PO Box 426
Powhatan, Virginia 23139
804-598-7912
804-591-0323 (fax)